UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-46 (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| John I. Priscella, | |
| Defendant. | |

This matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 8, 2007. Defendant has filed no objections to the Report and Recommendation in the time period permitted for objections. See 28 U.S.C. § 636(b); D. Minn. LR 72.2(a). The Court therefore **ADOPTS** the Report and Recommendation (Docket No. 30) and **HEREBY ORDERS** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Docket No. 21) is **DENIED**; and

2. Defendant's Motion to Suppress Statements, Admissions, and Answers (Docket No. 22) is **DENIED**.

Dated: February 13, 2007

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge